Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
Christopher Harmon, Esq.
Nevada State Bar No. 16707
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
Tel.: (702) 872-5555
Fax: (702) 872-5545
JackBurden@backuslaw.com
JacquelynFranco@backuslaw.com
ChristopherHarmon@backuslaw.com
Attorneys for Defendant
*MILFORD VULETIC, FJ UNITED LLC*
*MAD RABBIT FREIGHT*
*CRV EXPRESS LOGISTICS, INC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC LEHRMANN AND LORI LEHRMANN, individually and as husband and wife,<br><br>Plaintiffs<br><br>vs.<br><br>MILORAD VULETIC, individually, FJ UNITED, LLC; MAD RABBIT FREIGHT, INC.; CRV EXPRESS LOGISTICS, INC. dba FJ UN; JOHN DOES I THROUGH X, INCLUSIVE; ABC CORPORATIONS I THROUGH X, inclusive; and BLACK AND WHITE COMPANIES I THROUGH X, inclusive,<br><br>Defendants. | **Case 3:26-cv-00246**<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs Eric Lehrmann and Lori Lehrmann ("Plaintiffs"), and Defendants Milorad Vuletic, FJ United, LLC, Mad Rabbit Freight, Inc., and CRV Express Logistics, Inc. dba FJ UN ("Defendants"), collectively, the "Parties") by and through their undersigned counsels of record, that the discovery deadlines in this

case be extended for a period of forty-five (45) days based on the following representations:

**A. Discovery Completed:**

1. Plaintiff has provided disclosures pursuant to FRCP 26.1;
2. Defendant has provided disclosures pursuant to FRCP 26.1;

**B. Discovery that remains to be completed:**

1. Plaintiff's First set of Requests for Production, Requests for Admissions, and Interrogatories, if necessary;
2. Defendant's First set of Requests for Production, Requests for Admissions, and Interrogatories, if necessary;
3. Depositions of FRCP 30(b)(6) witness(es) of Defendants.
4. Deposition of Plaintiffs (Eric Lehrmann scheduled for 8/26/26, Lori Lehrmann scheduled for 8/27/26)
5. Deposition of Defendant Vuletic;
6. Deposition of Expert witnesses, if necessary;
7. Deposition of Treating Physicians, if necessary;

**C. Reasons that Discovery has not been completed are:**

The parties are actively working to conduct and complete discovery. The parties were attempting informal settlement negotiations prior to engaging in significant discovery. Following those early settlement discussions, Plaintiffs' availability for deposition has left little time for experts to evaluate this matter and draft reports based on the existing deadlines. The requested extension allows sufficient time to fully evaluate medical records and testimony. Additionally, the extension will allow for an IME to be conducted, if necessary. Finally, the requested extension will allow for follow-up written discovery as needed.

/ / /

/ / /

**D. Proposed Updated Deadlines:**

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-Off Date | November 16, 2026 | **December 31, 2026** |
| Last day to Amend Pleadings / Add Parties | August 18, 2026 | August 18, 2026 |
| FRCP 26(a)(2) Disclosures (Experts) | September 17, 2026 | **October 30, 2026** |
| Dispositive Motions | December 16, 2026 | **January 29, 2027** |
| Pretrial Order | January 15, 2027 | **March 1, 2027** |

Dated: August 24, 2026

U.S. Magistrate Judge

August 25, 2026

Respectfully submitted by,
**BACKUS | BURDEN**

/s/ Jack Burden
Jack Burden, Esq.
Jacquelyn Franco, Esq.
Christopher Harmon, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
T. (702) 872-5555 | F. (702) 872-5545
*Attorneys for Defendants*

Approved as to form and content by,
**BRADLEY, DRENDEL & JEANNEY**

/s/ Phillip Dorin
Phillip D. Dorin, Esq.
P.O. Box 1987
Reno, NV 89505
T. (775) 335-9999 | F. (775) 335-9993
*Attorneys for Plaintiffs*